IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00991-LTB-KLM

JOHN JUSTIN DAHMER,

    Plaintiff(s),

v.

LARRY REID,
MITCH HIATT,
RICHARD CORDOVA,
M.K. WILLIAMS,
J. FINNEGAN,
WILLIAM RICHTER,
WILLIAM BEARD,
DICK ROBERTS, and
DENNIS BURBANK,

    Defendant(s).

```
                    F I L E D
            UNITED STATES DISTRICT COURT
                 DENVER, COLORADO

                   OCT 1 2 2007

              GREGORY C. LANGHAM
                              CLERK
```

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    **THIS CAUSE** came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* on June 13, 2007 [Docket No. 5]. It is now

    **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants LARRY REID, MITCH HIATT, RICHARD CORDOVA, M.K. WILLIAMS, J. FINNEGAN, WILLIAM RICHTER, WILLIAM BEARD, DICK ROBERTS, and DENNIS BURBANK. If the Clerk is unable to obtain a waiver of service from each of these defendants, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that Defendants or their counsel shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on them.

Dated: October 12, 2007

By the Court:

/s Kristen L. Mix
Magistrate Judge Kristen L. Mix

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00991-LTB-KLM

John Justin Dahmer
Prisoner No. 108153
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Larry Reid, Mitch Hiatt, Richard Cordova,
M.K. Williams, J. Finnegan, William Richter,
William Beard, Dick Roberts, and Dennis Burbank **- WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Larry Reid, Mitch Hiatt, Richard Cordova, M.K. Williams, J. Finnegan, William Richter, William Beard, Dick Roberts, and Dennis Burbank ; and to John Suthers: COMPLAINT FILED 05/14/07, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/12/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk