IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00991-LTB-KLM

JOHN JUSTIN DAHMER,

        Plaintiff,

v.

LARRY REID,
MITCH HIATT,
RICHARD CORDOVA,
MARK WILLIAMS,
J. FINNEGAN,
WILLIAM RICHTER,
WILLIAM BEARD,
DICK ROBERTS, and
DENNIS BUBANK,

        Defendants.
_____

ORDER
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on June 25, 2008 (Doc 45). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with the Court's order.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: July 18, 2008